JAENECKE-AULT COMPANY, Respondent, Appellant, v. WINSLOW INK COR-

PORATION and Others, Appellants, Respondents.— Order reversed, with ten dollars costs and disbursements to the defendants, and the motion in all respects denied, upon the ground that it appears from the record that no complaint has been served in the action. (Civ. Prac. Act, § 877; *Loewenstein* v. *Loewenstein*, 114 App. Div. 65.) Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.